UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VICTOR ALTHEUS DEPONCEAU, 08B1912,

Petitioner,

-v-

**DECISION AND ORDER**
09-CV-6603L

DAVID ROCK and STATE OF NEW YORK,

Respondents.

---

Petitioner DePonceau filed this action in the Northern District of New York and it was transferred to this Court (Docket # 4). Plaintiff has failed to pay the required fee or apply for poor person status. Petitioner has until has until **January 5, 2010** to either submit and application for poor person status or to pay the filing fee of $5.00. The Clerk of the Court is directed to provide petitioner with a form application for poor person status with this Order. In the event that plaintiff does not pay the filing fee or otherwise seek relief from this order by **January 5, 2010**, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order of the Court.

IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: Dec. 5, 2009